# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| BRANDY M. RIGGER, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:14-cv-00263 |
| | ) | | REEVES/GUYTON |
| | ) | | |
| NANCY A. BERRYHILL, | ) | | |
| Commissioner of Social Security, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MEMORANDUM AND ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge, H. Bruce Guyton [R. 30]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that Plaintiff's motion for attorney fees under 42 U.S.C. § 406(b) be granted, and that Plaintiff be awarded attorney fees of $9,646.75. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts

and incorporates into its ruling, that Plaintiff's motion for attorney fees [R. 28] is **GRANTED,** and Plaintiff is awarded attorney fees of $9,646.75.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**